Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Massachusetts
_____ Division

|  |  |
|---|---|
| Richard A McFee <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Clinical Director "B. YEH" <br> FNP "F. Fondreyer" <br> Doctor L. Lund, Please see Attachment <br> *Defendant(s)* -#A <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name**: Richard Angelo McFee
- **All other names by which you have been known:** Ricky Howell
- **ID Number**: 18623-041
- **Current Institution**: Federal Medical Center, Fort Devens
- **Address**: PMB 879
  - City: Ayer
  - State: MA
  - Zip Code: 01432

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: B. YEH
- Job or Title (if known): Medical Director
- Shield Number:
- Employer: United States Department of Justice
- Address: Federal Bureau of Prisons, 42 Patton
  - 42 Patton RD, Devens, MA 01434
  - City: Devens  State: MA  Zip Code: 01434
- ☒ Individual capacity  ☐ Official capacity

**Defendant No. 2**
- Name: F. Fondreyer
- Job or Title (if known): FNP) Facility Nurse Practitioner
- Shield Number:
- Employer: USDOJ - Federal Bureau of Prisons
- Address: 42 Patton RD
  - City: Devens  State: MA  Zip Code: 01434
- ☒ Individual capacity  ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: L. Lund
  Job or Title (if known): Doctor
  Shield Number:
  Employer: USDOJ, Federal Bereau of Prisons
  Address: 42 Patton Road
  City: Devens  State: MA  Zip Code: 01434
  [X] Individual capacity   [ ] Official capacity

Defendant No. 4
  Name: ~~Rm~~ Mr. Tidwell
  Job or Title (if known): Medical Hospital Correctional Counselor
  Shield Number:
  Employer: USDOJ, Federal Bereau of Prisons
  Address: 42 Patton Road
  City: Devens  State: MA  Zip Code: 01434
  [X] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [X] Federal officials (a *Bivens* claim)

   [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? (Eighth amendment) Cruel and unusual - Punishment)
(1st) First Amendment/ Retaliction and Harassment after Filing Administrative - Remedy's

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Clinical Director "B. YEH" Refused to follow Consultive Colorectum Surgeon "MS Davids" Treatment plan which she requested to Defendant "B. YEH" To Do A list of Procedures before Plaintiff Follow up Care Surgeon David on 5/8/18 Please See Attachment #B Pages 1 of 3

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

☐ Other *(explain)* Care level 4 Medical Disable Inmate With Dignostics of Stage 4 Crohn's Disease

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The Current V.ciations has arose Here At USMCFP-Ft.Devens Since Jan 1st 2018 Plaintiff has been requesting to be seen and treated For the Damages from the Sexual assault, And has also Ask For treatment with the fistula Holes on the out- and Inside of His Stomach which plaintiff has been Dealing with Serious fistula Issue For over 2 years while in the Bureau Costody  8/11/2016 - 6/11/2018

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

The Sexual Assault Happened on 9/26/2012. The fistula Hole's occured on 8/1/2016 while Housed At USMCFP-Springfield MO, which the medical Department refused to treat Plaintiff fistula Issue which Caused the Plaintiff more Serious life theating Damages

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) On 9/26/2017, 2 officers At the USMCFP-Rochester MN Sexually sodomized me with A toilet plunger after I refused to give them Information concerning A Assault after reporting the Assault to my family & the Department of Justice, my medical treatment for Surgery At USMCFP-Rochester For the Fistula Hole was refused (AMA) Against medical Advice And I was transfered to USMCFP-Ft Deven's to Get medical treatment. Since Arriving to Ft. Devens I been Denied treatment For the Damages From the Sexual-Assault, And the providers has refused to follow the Surgeons plan of care so that I can receive Surgery For the fistula Holes, I

V. Injuries been living with since 8/1/2016 At USMCFP-Springfield.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. From the Sexual Assault, my whole rectum Area are Damaged with consistent Bleeding and Rawness Inbetween my Butt Cheeks, I Haven't been Seen yet Which No treatment plan of Care In order, things continue to worsen.

With the Fistula Issue, the reason why I was Sent to USMCFP-Rochester MN because the Mayo Clinic Surgery team was the only Doctor's willing to remove the Compacted Fistula Holes, the Plan of Care was to get me Healthy After Arriving to USMCFP-Rochester on May 12 2017 unHealthy from USMCFP-Springfield, After getting Healthy In late August of 2017 the Assault Occured 30 days Later, And 3 Months before My Surgery Date

VI. Relief At Mayo Clinic And I was retaliated Against by the Warden "Burkhurt" & Captain Miller At USMCFP-Rochester An Sent to Fort- Devens

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I will Ask the courts to help me receive the Surgery which was In place At the Mayo Clinic since the Mayo Clinic are the Medical team who treated my Crohn's Before Incarceration (2) I Ask the courts to see to me receiving Adequate medical Attention while Here At USMCFP-Ft Devens, to have the Boston General Crohn's Disease specialist Surgeon to see If He Can fix the fistula Holes

(3) to have My Back Side exzamase by A Second opinion outside care provider on A consultive visit

(4) I Ask the Court to Grant me the Sum of 2.5 million Dollars for the violations of my "Eighth Amendment Constitutional Rights" And allow me time Served with A medical Departure under Rule 3553 A,B Cluse reduction of Sentencing so I can get the medical treatment I need And return to my Wife & Kids.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

United States Medical Center For Federal Prisoner's Fort. Deven's, Springfield And Rochester

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? "The Sexual Assault" "Inadequate medcare" Violation of Eighth Amendment under Cruel and unusual punishment by failing to treat Prisoner serious medical condition
② Violation of 1st amendment, Harrassment 3 Retaliation After filing Administrative Remedy's on Prison- Official's

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? At USFMC-Springfield "exhaustion" At USFMC-Rochester "exhaustion" Also Here at USFMC-Ft. Devon's. Please Note that My Correctional Counselors Mr Tidwell And T. Occon has refused to return all of my Institutional Level Remedy's

2. What did you claim in your grievance? ① That Medical Provider's has refused to treat my complained Medical Issues which has caused me to get worse ② My Provider's refuses to follow Consultive Specialist order's- GI Specialist At Nashoba Hospital ③ Colorectum Specialist Ms Davids A the University of Massachusetts

3. What was the result, if any? No respond to the Administrative-Remedy's, Some was not pick up by Counselors Tidwall & Ocana being retaliated Against, legal mail being tamper wit Placed In segregation With No Runing Water, No Mandatory recreation, And Personal Property Destroyed

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) The Steps Are Remedy 9 "Institution #10 regional Office #11 Central Office However If the #9 cont retuned to you, you Cont Proceed to A #10, or 11, I've written the Northeast regional Office letter's explaining to them that my UDC team are refusing to return My Administrative Remedy's And have done the same to the Central Office In Washington D.C. And No one has responded Back As of today 6/11/18. This Violation And refusal of Administrative remedy's has only Happened here At Federal Medical Center, Ft Devon's

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I have always filed, if I had A Attorney He or She would be able to Discover that I've been failing since August of 2016

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: facilities wardens Medical Director's mother, father, Grandmother Aunt's & uncle's Senator's Al Franklin, Elizabeth Warren and Mississippi Senator Ms Castro

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I believe the reason why I'm being Denied Administrative remedy's because I have told the Medical Administration that I will file A Civil Complaint

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

          ☒ Yes

          ☐ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

        1.    Parties to the previous lawsuit
            Plaintiff(s) Richard McFee
            Defendant(s) Wade Jordan ex Al

        2.    Court *(if federal court, name the district; if state court, name the county and State)*
            For the District of Missouri

        3.    Docket or index number
            6:17-CV-03140 - MDH

        4.    Name of Judge assigned to your case
            M. Douglas Harpool

        5.    Approximate date of filing lawsuit
            5/22/17

        6.    Is the case still pending?

            ☐ Yes

            ☒ No

            If no, give the approximate date of disposition.

        7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* The case was dismissed without prejudice, I did not know how to respond to the Defendant's motion For Summary Judgment, I didn't know I had to Ask For Production of Document's From the Defendant's Admission's, I don't know how to respond to the proceeding thats why Im Asking For Appointment of Counsel

    C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Richard McFee
   Defendant(s) Ramsey County Workhouse

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Ramsey County St.paul Minnesota

3. Docket or index number
   Don't remember

4. Name of Judge assigned to your case
   Don't remember

5. Approximate date of filing lawsuit
   Don't remember

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* I fail to State why I was Suing, However the Court Judge Stated I had made A Violet Claim, I Didn't put the Name's of the medical officials which he Dismissed it Without Prejudice to give me a Chance to Come back I got release Soon After then Just Forgot about it Since I Was doing Betto Medically

Case 1:18-cv-11158-MPK Document 6 Filed 06/21/18 Page 11 of 15
Case 1:18-cv-11158-PBS Document 4-1 Filed 06/07/18 Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Richard McFee
   Defendant(s) Ramsey County Workhouse

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Ramsey County St. Paul Minnesota

3. Docket or index number
   Don't remember

4. Name of Judge assigned to your case
   Don't remember

5. Approximate date of filing lawsuit
   Don't remember

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* I faul to State who I was Suing. However the Court Judge Stated I had Had A Vlight Claim, I Didn't put the Names of the medical officials which he Dismissed it Without prejudice to give me A tooChance to Come back I got release Soon After then Just forgot about it Since I was doing better Medically

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/11/2018

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Richard McFee
Prison Identification #: 18623-041
Prison Address: FMC-Ft Devens, PMB 879
Ayer, MA 01432
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Page 11 of 11

[Print] [Save As...] [Add Attachment] [Reset]

Clinical Director "YEH" refused to follow Emergency Room Doctor at Nashowba Hospital on 4/16/2018 when this Emergency Room Doctor told Defendant YEH to Discontinue Plaintiff McFee Pill Form Magnesium medications And start liquid Magnesium because Plaintiff McFee was not observing the pill form magnesium pills Do to Plaintiff McFee's High out put from His ostomy Bag.

2nd) Defendant "FNP" F, Fondreyer Refused To examone Plaintiff McFee Backside After McFee signed up for medical sick call on 5/1/2018 complaining of chest pains Vomiting up Blood, Stool And Scar Tissule, Defendant Fondreyer Come to my Room In "unit" Special Housing unit #102 And left me on the floor after I complaint to this Defendant that I was Having chest Pains and Vommicing up Blood & Stool

Defendant F, Fondreyer has Continurosly Refused to Come examone my Backside Prectum After Special Housing Nurse Ms Galint Informed this Defendant that She Witness A Great Amount of Blood In Plaintiff McFee tolet and under shorts

Friday on 6/8/2018, Defendant Fondreyer was Informed by the Laboratory Department Here at USMCFFP-Ft Devon's that Plaintiff McFee Magnesium levels was At A life Threating low At 1.1, on monday 6/11/18, I Plaintiff McFee Sign up For Sick Call Because I was Having Dizzyness Spells and A'lot of Chest Pain Defendant F, Fondreyer Informed me then that my Magnesium levels was At A life Threating low on Friday And She is Sure that it Has probably Droped lower, I Request to this Defendant to Allow A IV Infussion to bring Plaintiff McFee Magnesium UP before further harm happen, Defendant Fondreyer told Plaintiff that she's Not Worrie about it because over the Pass few months she been My Provider Your Magnesium has been lower then that, I Said to his Defendant what if I have A Heart Attact this Defendant responded

Continuing Attachment #B on page 2 of 3
Section D, of Complaint.

I Ask Defendant Fondreyer what if I have A Heart Attack Defendant Fondreyer Stated to Plaintiff McFee that ("you should stay out of Jail.")

Defendant L. Lund medical Doctor

While Housed In the special Housing unit "segregation" Doctor L. Lund has over seed my case As my Doctor.

Since Arriving to the Special Housing unit on 4/27/2018 I have Ask Defendant Lund to exzamone my Back side rectum Because Plaintiff McFee, continue to Bleed bright red Blood from His rectum area from the Sexual Assault which took Place At USMCFP-Rochester Mn. Defendant Lund has also been order by the medical warden to come exzamone Plaintiff McFee backside And this Defendant has refused to follow Any Administratives orders. Defendant "L. Lund" has also refused to treat plaintiff McFee life Threating Blood Magnesium levels since Plaintiff has been Added to this Defendant case load, after Discovering that Plaintiff McFee Weight has Droped 22lbs In A matter of 30 days And that Plaintiff McFee fistula Cronh's Disease Condition has gotten worses. Defendant lund has Fusely Documented In plaintiff medical records that Plaintiff Are doing better After the medical warden Ask Defendant L. Lund Have He did Any recent EKG, Defendant Lund was Dishonest with the warden by Stating He have Done 2 EKG's In the Pass 30 days which After reviewing Plaintiff McFee medical records It was last Document-ed that Plaintiff last EKG was Done on 4/6/2018 30 days before Defendant Lund became Plaintiff McFee Doctor. also while Defendant Lund And F. Fundreyer has been Defendant providers Both Defendants fail to treat Plaintiff McFee Critical life-Threating magnesium problems by Not ordering the Plaintiff Any magnesium Medication from 5/11/18 Through 6/11/18 which Is why Plaintiff magnesium levels are At A life Threating low.

Defendant "Tidwell" Correctional Canselor over the Medical Building Plays A Role In this 1331 Civil Action because In Early Jan 2018, I Plaintiff McFee went to this Defendant "Tidwell" To Ask For Administrative Remedys So I Could File on Medical Officials For refusin to Supply me ostomy Bags For 23 days After Arriving From FMC Rochester, Defendant "Tidwell" refused me Administrative Remedy's, A Few days later I got Some Remedys For Another Inmate on Medical Ward P-3 which I filed on Medical For Not providing plaintiff With ostomy Supplies And I also Filed on Defendant "Tidwell" For violating my Due Process Rights to file Administrative Remedys. About A Week later Defendant Tidwell Retaliated Against Plaintiff by Kicking Plaintiff out of the Hospital while Plaintiff was Suffering with Open Wounds And place Mr Mcfee In A General Population unit Where there Wasn't Any Medical Staff to treat plaintiff medical condition. A Week later, Nursing Director ms Shillings had plaintiff trensfered back to the Medical Hospital because His Providers Did not Sign off For plaintiff to be Discharge From the Hospital ward, 5 days later when Defendant Tidwell learned that plaintiff was Back on Medical Ward P-2, Defendant Tidwell removed Plaintiff Again back to General Population With out Doctor's orders which was out of Retaliation because Plaintiff had file Administrative Remedy's Against Defendant Tidwell