# Declaration letter Submitted in Good faith

I Terence Millsaps #83445-012 of Sound Mind and legal age, do Solomy Swear depose and state that every words of this declaration is true Correct and Complete to the best of My Personal Knowledge.

1) On the 4th day of October 2018 C.E. Officer Ford a Federal employee at Federal Medical Center, Devens whose duty at the above Stated date and time was Special Housing unit officer

2) Officer Ford took it upon himself to harrass declarant by entering his Cell while He was at his recreation Period.

3) Officer ford remove Several items Purchase by declarant from institution Commissory that were legally Purchased and authurized.

4) Every item in declarnt Cell Where issued to him by institutional Staff therefore upon request to have those items back decclarnt was Met With hostility and Malace

5) These actions by officer ford was A Result of Harrassment in furtherance of the indifference by Staff At Fmc-Devens do to declarant's on going litigation for neglegence and deliberate indifference for Fmc-Devens Medical's Correctional officials failure to Comply with duties of inadequate medical care to declarant.

6) These facts Stated herein are True Complete and Correct to the best of my Personal Knowledge under Penalty of Perjury Persuit to Ŧ Statate 28 USC: 1476(a)

Submitted By Terence Millsaps
#8344-5012
Fmc-Devens
Po Box 879
Ayer Ma 01432

*Terence Millsaps*

(2)