UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD McFEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRECTOR YEH, et al., ) <br> ) <br> Defendants. ) | Civil Action No 18-11158-PBS |

ORDER FOR APPOINTMENT OF *PRO BONO* COUNSEL

Kelley, M.J.

There being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that *Brandon L. Bigelow, of the law firm Seyfarth Shaw, LLP, is appointed to represent Richard McFee under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Certain Civil Cases.  Appointed counsel or his designated associate(s) shall serve until the litigation is terminated or the Court enters an order revoking said appointment.  This appointment is limited solely to those matters at issue in this case.  Counsel is not being appointed to represent the plaintiff generally or in any other proceeding.

M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE

Date: March 21, 2019                By:  /s/ Barbara Morse
                                         Pro Bono Coordinator

* Contact Information:
Brandon L. Bigelow
Seyfarth Shaw, LLP
Two Seaport Lane, Ste. 300
Boston, MA   02210
bbigelow@seyfarth.com